UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tishie Hudson,

       Plaintiff,                                  Case No. 05-72782

v.                                             Hon. Nancy G. Edmunds

Commissioner of Social Security,

       Defendant.
_____/

## JUDGMENT

The Court having reviewed and fully considered the pleadings filed by the parties, the Magistrate's Report and Recommendation, and any objections thereto in accordance with 28 U.S.C. §636(b)(1), and the Court further having made a de novo determination of those portions of the Report and Recommendation to which objections may have been made; and for the reasons set forth in an Order dated May 11, 2006, and filed herein;

The Report and Recommendation of the Magistrate is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion for summary judgment is hereby GRANTED, and the case is hereby DISMISSED.

SO ORDERED.

                                        s/Nancy G. Edmunds
                                        Nancy G. Edmunds
                                        United States District Judge

Dated: May 11, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 11, 2006, by electronic and/or ordinary mail.

                                        s/Carol A. Hemeyer
                                        Case Manager